UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: EMADEDDIN BARAKAT

Case No.: 19-29536
Chapter: 13
Judge: John K Sherwood

## NOTICE OF PROPOSED PRIVATE SALE

__EMADEDDIN BARAKAT__, __the Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K Sherwood__ on __December 12, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3D__, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 27 Moonachie Avenue, Moonachie, New Jersey 07074 |
|---|---|

| Proposed Purchaser: | Rocio Fernandez, Ana De La Mata, and Eliana De La Mata Grande |
|---|---|

| Sale price: $365,000.00 |
|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Eric Hausman, Esq. |
|---|---|
| Amount to be paid: | $1,750.00 |
| Services rendered: | Representation of Debtor through the closing process, including representation during negotiations pertaining to a Use and Occupancy Agreement.<br><br>*See Addendum attached herewith* |

**ADDENDUM**

| | |
|---|---|
| Name of Professional: | Samson Romano, Real Estate Agent |
| Amount to be Paid: | 2.5% + $250.00 of sale price due at closing |
| Services rendered: | Representation of Debtor through the closing process, including assisting Debtor to navigate through the property sale transaction. |

| | |
|---|---|
| Name of Professional: | Andy Fernandez, Real Estate Agent |
| Amount to be Paid: | 2.5% of sale price due at closing |
| Services rendered: | Representation of buyer through the closing process, including assisting in the navigation of the property sale transaction. |

**[SPACE LEFT INTENTIONALLY BLANK]**

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Valerie Palma DeLuisi, Esq.

Address: Law Offices of Nicholas J. Palma, Esq., P.C. 1425 Broad Street, 2nd Fl. Clifton, NJ 07013

Telephone No.: 973-471-1121

*rev.8/1/15*

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                           Case No. 19-29536-JKS
Emadeddin Barakat                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                Page 1 of 2                  Date Rcvd: Nov 21, 2019
                              Form ID: pdf905            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2019.
db           +Emadeddin Barakat,    201 W 2nd Street,    Clifton, NJ 07011-2463
518513936     American Express,    P.O. Box 650448,   Dallas, TX 75265-0448
518513937     Atlantic Collection Agency,    Attn: Bankruptcy,    194 Boston Rd,    East Lyme, CT 06333
518513938    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America, N.A.,    PO Box 982238,    El Paso, TX 79998)
518513939     BMO Harris Bank, N.A.,    PO Box 71951,   Chicago, IL 60694-1951
518513940    +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518513942    +Chase Mortgage,    Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224-0696
518513941     Chase for Business,    PO Box 36520,   Louisville, KY 40233-6520
518513943    +Credit Control LLC,    PO Box 546,   Hazelwood, MO 63042-0546
518563615    +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
518513945    +Kalied Barakat,    201 W 2nd Street,    Clifton, NJ 07011-2463
518549326    +Pinnacle Service Solutions LLC,    4408 Milestrip Rd, #247,    Blasdell NY 14219-2553
518513946    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    Attn: Bankruptcy Dept,    Po Box 8026,
               Cedar Rapids, IA 52409)
518549761    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518513947     Toyota of Princeton,    2871 US-1,   Lawrence Township, NJ 08648
518513948    +Wong Fleming,   821 Alexander Road,    Suite 200,   Princeton, NJ 08540-6352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2019 00:29:27     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2019 00:29:25     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518567465    +E-mail/Text: B@directcapital.com Nov 22 2019 00:30:23     Direct Capital,   155 Commerce Way,
               Portsmouth, NH 03801-3243
518513944     E-mail/Text: cio.bncmail@irs.gov Nov 22 2019 00:28:49     Internal Revenue Service,
               Department of the Treasury,    Internal Revenue Service,    Ogden, UT 84201-0039
518550708     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2019 00:41:40      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
              Jill Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@mccalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Valerie Palma DeLuisi    on behalf of Debtor Emadeddin Barakat vpd@palmalawfirm.com,
               r51449@notify.bestcase.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 21, 2019
                              Form ID: pdf905          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

TOTAL: 5