UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF NICHOLAS J. PALMA, ESQ., P.C.
VALERIE PALMA DELUISI, ESQ.
1425 BROAD STREET, SECOND FLOOR
CLIFTON, NEW JERSEY 07013
Phone: 973-471-1121
Fax: 973-472-0032
VPD@palmalawfirm.com
Attorney for Debtor EMADEDDIN BARAKAT

**Order Filed on December 2, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

EMADEDDIN BARAKAT

Case No.: 19-29536

Chapter: 13

Judge: John K Sherwood

## ORDER AUTHORIZING RETENTION OF ATTORNEY for DEBTOR

The relief set forth on the following page is **ORDERED**.

**DATED: December 2, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ERIC HAUSMAN, ESQ. as ATTORNEY for DEBTOR, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Law Offices of Steven A. Varano PC
    96 Newark Pompton Turnpike, PO Box 360
    Little Falls, NJ 07424

2. Compensation will be paid in the sum of $1,750.00, utilizing the sale proceeds from 27 Moonachie Avenue, Moonachie, New Jersey 07074.

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2