UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF NICHOLAS J. PALMA,
ESQ., P.C.
VALERIE PALMA DELUISI, ESQ.
1425 BROAD STREET, SECOND FLOOR
CLIFTON, NEW JERSEY 07013
Phone: 973-471-1121
Fax: 973-472-0032
VPD@palmalawfirm.com
Attorney for Debtor EMADEDDIN BARAKAT

**Order Filed on December 2, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

EMADEDDIN BARAKAT

Case No.: _____19-29536_____

Chapter: _____13_____

Judge: _____John K Sherwood_____

## ORDER AUTHORIZING RETENTION OF

_____ATTORNEY for DEBTOR_____

The relief set forth on the following page is **ORDERED**.

**DATED: December 2, 2019**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____ERIC HAUSMAN, ESQ._____

as _____ATTORNEY for DEBTOR_____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:    Law Offices of Steven A. Varano PC

    96 Newark Pompton Turnpike, PO Box 360

    Little Falls, NJ 07424

2.  Compensation will be paid in the sum of $1,750.00, utilizing the sale proceeds from 27 Moonachie Avenue, Moonachie, New Jersey 07074.

3.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                        Case No. 19-29536-JKS
Emadeddin Barakat                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 1          Date Rcvd: Dec 02, 2019
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db             +Emadeddin Barakat,    201 W 2nd Street,    Clifton, NJ 07011-2463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
          Jill Manzo    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor   JPMorgan Chase Bank, National Association
           NJ_ECF_Notices@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Valerie Palma DeLuisi    on behalf of Debtor Emadeddin  Barakat vpd@palmalawfirm.com,
           r51449@notify.bestcase.com
                                                                          TOTAL: 6