UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF NICHOLAS J. PALMA, ESQ., P.C.
VALERIE PALMA DELUISI, ESQ.
1425 BROAD STREET, SECOND FLOOR
CLIFTON, NEW JERSEY 07013
Phone: 973-471-1121
Fax: 973-472-0032
VPD@palmalawfirm.com
Attorney for Debtor EMADEDDIN BARAKAT

Order Filed on December 2, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

EMADEDDIN BARAKAT,

Debtor.

Case No.: 19-29536
Chapter: 13
Judge: John K Sherwood

## ORDER AUTHORIZING RETENTION OF

Real Estate Agents for Sale of Moonachie Property

The relief set forth on the following page is **ORDERED**.

**DATED: December 2, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain Samson Romano and Andy Fernandez as real estate agents for the closing of 27 Moonachie Avenue, Moonachie, New Jersey 07074, it is hereby ORDERED:

1. The applicant is authorized to retain the above parties in the professional capacity noted. The professionals' addresses are:

| Samson Romano | | Andy Fernandez |
|---|---|---|
| BHG Rand Realty, LLC | | United Real Estate North Jersey |
| 970 Valley Road | and | 18-19 River Road, Suite B |
| Wayne, New Jersey 07470 | | Fair Lawn, New Jersey 07410 |

2. The two (2) aforementioned real estate agents shall equally share in 5 percent (%) of the contract price; to wit: $365,000.00 for 27 Moonachie Avenue, Moonachie, New Jersey 07074.

   In addition, Samson Romano shall be reimbursed the sum of $250.00 for costs connected with said real estate closing.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Emadeddin Barakat  
    Debtor

Case No. 19-29536-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 02, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2019.  
db            +Emadeddin Barakat,    201 W 2nd Street,    Clifton, NJ 07011-2463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:  
         Jill Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association NJ_ECF_Notices@mccalla.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         Valerie Palma DeLuisi    on behalf of Debtor Emadeddin Barakat vpd@palmalawfirm.com, r51449@notify.bestcase.com  
                                                                                                        TOTAL: 6