UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on December 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

EMADEDDIN BARAKAT

Case No.:  19-29536JKS

Hearing Date:  12/12/2019

Judge:  JOHN K. SHERWOOD

# INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

DATED: December 16, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  19-29536JKS

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 12/12/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the case will be dismissed at the 1/23/2020 confirmation hearing if debtor is not current with plan payments by 12/31/2019.