Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−29536−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Emadeddin Barakat
dba S&B Logistics, dba Barakat Brothers
Trucking
201 W 2nd Street
Clifton, NJ 07011

Social Security No.:
xxx−xx−3906

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/15/19 and a confirmation hearing on such Plan has been scheduled for 12/12/19 @ 8:30 a.m..

The debtor filed a Modified Plan on 12/10/19 and a confirmation hearing on the Modified Plan is scheduled for 1/9/20 @ 10:00 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 16, 2019
JAN: smz

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
       District of New Jersey
```

In re:                                                                  Case No. 19-29536-JKS
Emadeddin Barakat                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Dec 16, 2019
                              Form ID: 186             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
```
db         +Emadeddin Barakat,    201 W 2nd Street,    Clifton, NJ 07011-2463
r          +Andy Fernandez,    United Real Estate North Jerey,    18-19 River Road, Suite B,
             Fair Lawn, NJ 07410-1202
sp         +Eric Hausman,    Law Office of Steven A. Verano PC,    96 Newark Pompton Turnpike,    PO Box 360,
             Little Falls, NJ 07424-0360
r          +Samson Romano,    BHG Rand Realty, LLC,    970 Valley Road,    Wayne, NJ 07470-2900
518513936   American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
518513937   Atlantic Collection Agency,    Attn: Bankruptcy,    194 Boston Rd,    East Lyme, CT 06333
518513938  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America, N.A.,     PO Box 982238,    El Paso, TX 79998)
518584102  +BMO Harris Bank N.A,    PO BOX 3040,    Cedar Rapids, IA 52406-3040
518513939   BMO Harris Bank, N.A.,    PO Box 71951,    Chicago, IL 60694-1951
518513940  +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518513942  +Chase Mortgage,    Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224-0696
518513941   Chase for Business,    PO Box 36520,    Louisville, KY 40233-6520
518513943  +Credit Control LLC,    PO Box 546,    Hazelwood, MO 63042-0546
518618080  +JPMORGAN CHASE BANK, N.A.,     3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
518563615  +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
             c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
             Boca Raton, FL 33487-2853
518513945  +Kalied Barakat,    201 W 2nd Street,    Clifton, NJ 07011-2463
518549326  +Pinnacle Service Solutions LLC,    4408 Milestrip Rd, #247,    Blasdell NY 14219-2553
518513946  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,     Attn: Bankruptcy Dept,    Po Box 8026,
             Cedar Rapids, IA 52409)
518549761  +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518513947   Toyota of Princeton,    2871 US-1,    Lawrence Township, NJ 08648
518513948  +Wong Fleming,    821 Alexander Road,    Suite 200,    Princeton, NJ 08540-6352
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 16 2019 23:46:34     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 16 2019 23:46:32     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
518567465  +E-mail/Text: B@directcapital.com Dec 16 2019 23:47:16     Direct Capital,   155 Commerce Way,
             Portsmouth, NH 03801-3243
518513944   E-mail/Text: cio.bncmail@irs.gov Dec 16 2019 23:46:01     Internal Revenue Service,
             Department of the Treasury,    Internal Revenue Service,    Ogden, UT 84201-0039
518550708   E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2019 23:53:30      LVNV Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                             TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 16, 2019
                              Form ID: 186             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:

        Jill Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com

        Marie-Ann Greenberg    magecf@magtrustee.com

        Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association NJ_ECF_Notices@mccalla.com

        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        Valerie Palma DeLuisi    on behalf of Debtor Emadeddin Barakat vpd@palmalawfirm.com, r51449@notify.bestcase.com

        TOTAL: 6