UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Nicholas J. Palma, Esq., P.C.
Valerie Palma DeLuisi, Esq.
1425 Broad Street, Second Floor
Clifton, New Jersey 07013
Phone: 973-471-1121/Fax: 973-472-0032
Email: VPD@palmalawfirm.com
Attorney for Debtor EMADEDDIN BARAKAT

Order Filed on December 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EMADEDDIN BARAKAT,

Debtor.

Case Number: 19-29536

Hearing Date: 

Judge: John K Sherwood

Chapter: 13

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 30, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the Debtor's motion for authorization to sell the real property commonly known as ___27 Moonachie Avenue, Moonachie, New Jersey 07074___, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☑    Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing. Therefore these professionals may be paid at closing.

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys upon further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $___0.00___ claimed as exempt may be paid to the Debtor.

6. The ☑ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee seven (7) days after closing.

☐ 8. The debtor shall file a modified Chapter 13 Plan within 21 days of the date of this order.

9. Other provisions:

None.

*rev. 12/1/09*