| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>CH3031<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>EMADEDDIN BARAKAT dba<br>S&B LOGISTICS dba<br>BARAKAT BROTHERS TRUCKING<br><br> Debtor(s). | Case No.:   19-29536 JKS<br><br>Chapter:    13<br><br>Hearing Date:  September 8, 2022<br><br>Judge:  Honorable John K. Sherwood |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled.   ☐ Withdrawn.

Matter: <u>Motion for Relief from Stay re: 201 West 2nd Street, Clifton, NJ 07011, Document Number 80.</u>

Date: September 7, 2022      /S/ R.A. LEBRON, ESQ.
                              R.A. Lebron, Esq.