| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FEIN, SUCH, KAHN & SHEPARD, P.C.<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>CH3031<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>EMADEDDIN BARAKAT dba<br>S&B LOGISTICS dba<br>BARAKAT BROTHERS TRUCKING<br><br> Debtor(s). | Case No.: 19-29536 JKS<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: September 8, 2022<br><br>Judge: Honorable John K. Sherwood |

CERTIFICATION OF SERVICE

1. I, Kelly Mastandrea:

   ☐ represent the _____ in this matter.

   ☒ am a paralegal for FEIN, SUCH, KAHN & SHEPARD, P.C., who represents JPMORGAN CHASE BANK, NATIONAL ASSOCIATION in this matter.

   ☐ am the _____ in the above case and am representing myself.

2. On September 9, 2022, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

   a. Agreed Order and Stipulation in Settlement of Motion for Relief from Stay

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| VALERIE PALMA DELUISI<br>LAW OFFICE OF NICHOLAS J. PALMA, ESQ., P.C.<br>1425 BROAD STREET<br>SECOND FLOOR<br>CLIFTON, NJ 07013 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u> (D.N.J. LBR 9013-4) |
| MARIE-ANN GREENBERG<br>CHAPTER 13 STANDING TRUSTEE<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004-1550 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u> (D.N.J. LBR 9013-4) |
| UNITED STATES TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER<br>SUITE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |
| EMADEDDIN BARAKAT dba<br>S&B LOGISTICS dba<br>BARAKAT BROTHERS TRUCKING<br>201 W 2ND STREET<br>CLIFTON, NJ 07011 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 9, 2022         /S/ KELLY MASTANDREA
                                 Kelly Mastandrea