```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
R.A. LEBRON, ESQ.
CH3031
bankruptcy@fskslaw.com

In Re:

EMADEDDIN BARAKAT dba
S&B LOGISTICS dba
BARAKAT BROTHERS TRUCKING

  Debtor(s).



**Order Filed on September 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:   19-29536 JKS

Hearing Date: September 8, 2022

Judge:   Honorable John K. Sherwood

Chapter:    13

Recommended Local Form  ☒ Followed  ☐ Modified

### AGREED ORDER AND STIPULATION
### IN SETTLEMENT OF MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

**DATED: September 14, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>CH3031<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>EMADEDDIN BARAKAT dba<br>S&B LOGISTICS dba<br>BARAKAT BROTHERS TRUCKING<br><br>Debtor(s). | Case No.: 19-29536 JKS<br><br>Hearing Date: September 8, 2022<br><br>Judge: Honorable John K. Sherwood<br><br>Chapter: 13 |

## AGREED ORDER AND STIPULATION
## IN SETTLEMENT OF MOTION FOR RELIEF FROM STAY

COME NOW, the parties and agree to the following Agreed Order and Stipulation in settlement of the Movant's Motion for Relief:

1. On July 19, 2022, Movant filed its Motion for Relief from the Automatic Stay with respect to the property known as <u>201 WEST 2ND STREET, CLIFTON, NJ 07011-0000.</u>

2. The parties agree that the total post-petition delinquency including fees and costs is $21,669.86, from January 1, 2022 through September 1, 2022, less $10.47 in suspense/unapplied funds totaling arrears in the amount of $21,659.39.

3. Debtor will cure this post-petition delinquency by:

    \_\_\_\_ Making payments pursuant to an Amended Proof of Claim (APOC)
    \_\_\_\_ Making payments pursuant to a Supplemental Proof of Claim (APOC)
    \_\_\_\_ Staying current on post-petition payments (default already cured following Motion for Relief)
    \_\_\_\_ Selling the property, no later than (N/A)
    X    Making the stipulated payments below:

$21,659.39 by 09/30/2022

| AMOUNT DUE | FROM DUE DATE | TO DUE DATE |
|---|---|---|
| $21,659.39 | 01/01/2022 | 09/01/2022 |

\_\_\_Trustee Pay    X\_\_\_Debtor Pay    \_\_\_Trustee and Debtor Pay

4. In addition to complying with the requirements of Paragraph 3, Debtor shall make all monthly post-petition payments as they become due to the address provided by the Movant in the monthly mortgage statement.

5. Debtor authorizes Movant to mail to Debtor: (1) monthly mortgage statements; (2) account statements including an escrow analysis; and (3) notices regarding address or payment changes provided such a change is authorized by the Note and Deed of Trust. Debtor consents to direct contact by mail for purposes of receiving this information and waives any claim for violation(s) of the automatic stay regarding the same.

6. The terms of this Stipulation and the agreement reached between the parties shall remain in effect so long as the automatic stay remains in effect as to this Movant. In the event the automatic stay shall no longer remain in effect as to Movant, this Stipulation shall become null and void.

**IT IS ORDERED** that in the event the Debtor fails to comply with any of the conditions specified in this Stipulation and Order within thirty (30) days of the date the payments are due,

the Movant shall file a written Notice of Default with the Court, and serve a copy upon the Trustee, counsel for the Debtor, and the Debtor. Such Notice shall include a statement of any alleged default, including an itemization of all delinquent payments and the total amount necessary to cure the default.

**IT IS FURTHER ORDERED** that if the Debtor fails to cure the delinquency in full or fails to file an objection to the Notice of Default within the 14 (fourteen) days of the date of the Notice, Movant shall be entitled to immediate relief from the automatic stay of 11 U.S.C. §362(a) without further notice or hearing upon entry of an order for relief. For such purposes, Movant shall be free to exercise all of its rights and remedies under the Promissory Note, Deed of Trust, or as may otherwise be provided by the law. An order entered under this paragraph in accordance with Rule 4001(a)(1), is stayed until the expiration of 14 days after the entry of the order, unless the court orders otherwise. All other relief requested by Movant is hereby denied without prejudice as settled.

_____
Valerie Palma DeLuisi
Debtor's Attorney
Valerie Palma DeLuisi
Law Office of Nicholas J.
Palma, Esq., P.C.
1425 Broad Street Second Floor
Clifton, NJ 07013

_____
R.A. LEBRON, ESQ.
FEIN, SUCH, KAHN & SHEPARD, P.C.
Creditor's/Movant's Attorney
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
bankruptcy@fskslaw.com