UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION
R.A. LEBRON, ESQ.
CH3031
bankruptcy@fskslaw.com



**Order Filed on September 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EMADEDDIN BARAKAT dba
S&B LOGISTICS dba
BARAKAT BROTHERS TRUCKING

  Debtor(s).

Case No.:  19-29536 JKS

Hearing Date: September 8, 2022

Judge:  Honorable John K. Sherwood

Chapter:   13

---

Recommended Local Form ☒ Followed ☐ Modified

---

AGREED ORDER AND STIPULATION
IN SETTLEMENT OF MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two
(2) through four (4), is hereby **ORDERED**.

**DATED: September 14, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
R.A. LEBRON, ESQ.
CH3031
bankruptcy@fskslaw.com

| | |
|---|---|
| In Re: | Case No.:  19-29536 JKS |
| EMADEDDIN BARAKAT dba<br>S&B LOGISTICS dba<br>BARAKAT BROTHERS TRUCKING | Hearing Date:  September 8, 2022 |
| Debtor(s). | Judge:  Honorable John K. Sherwood |
| | Chapter:   13 |

AGREED ORDER AND STIPULATION
IN SETTLEMENT OF MOTION FOR RELIEF FROM STAY

COME NOW, the parties and agree to the following Agreed Order
and Stipulation in settlement of the Movant's Motion for
Relief:

1. On July 19, 2022, Movant filed its Motion for Relief from the
   Automatic Stay with respect to the property known as <u>201 WEST
   2ND STREET, CLIFTON, NJ 07011-0000.</u>

2. The parties agree that the total post-petition delinquency
   including fees and costs is $21,669.86, from January 1, 2022
   through September 1, 2022, less $10.47 in suspense/unapplied
   funds totaling arrears in the amount of $21,659.39.

3. Debtor will cure this post-petition delinquency by:

_____ Making payments pursuant to an Amended Proof of Claim (APOC)
_____ Making payments pursuant to a Supplemental Proof of Claim (APOC)
_____ Staying current on post-petition payments (default already cured following Motion for Relief)
_____ Selling the property, no later than (N/A)
X    Making the stipulated payments below:

$21,659.39 by 09/30/2022

| AMOUNT DUE | FROM DUE DATE | TO DUE DATE |
|---|---|---|
| $21,659.39 | 01/01/2022 | 09/01/2022 |

___Trustee Pay        X___Debtor Pay        ___Trustee and Debtor Pay

4. In addition to complying with the requirements of Paragraph 3, Debtor shall make all monthly post-petition payments as they become due to the address provided by the Movant in the monthly mortgage statement.

5. Debtor authorizes Movant to mail to Debtor: (1) monthly mortgage statements; (2) account statements including an escrow analysis; and (3) notices regarding address or payment changes provided such a change is authorized by the Note and Deed of Trust. Debtor consents to direct contact by mail for purposes of receiving this information and waives any claim for violation(s) of the automatic stay regarding the same.

6. The terms of this Stipulation and the agreement reached between the parties shall remain in effect so long as the automatic stay remains in effect as to this Movant. In the event the automatic stay shall no longer remain in effect as to Movant, this Stipulation shall become null and void.

**IT IS ORDERED** that in the event the Debtor fails to comply with any of the conditions specified in this Stipulation and Order within thirty (30) days of the date the payments are due,

the Movant shall file a written Notice of Default with the Court, and serve a copy upon the Trustee, counsel for the Debtor, and the Debtor. Such Notice shall include a statement of any alleged default, including an itemization of all delinquent payments and the total amount necessary to cure the default.

**IT IS FURTHER ORDERED** that if the Debtor fails to cure the delinquency in full or fails to file an objection to the Notice of Default within the 14 (fourteen) days of the date of the Notice, Movant shall be entitled to immediate relief from the automatic stay of 11 U.S.C. §362(a) without further notice or hearing upon entry of an order for relief. For such purposes, Movant shall be free to exercise all of its rights and remedies under the Promissory Note, Deed of Trust, or as may otherwise be provided by the law. An order entered under this paragraph in accordance with Rule 4001(a)(1), is stayed until the expiration of 14 days after the entry of the order, unless the court orders otherwise. All other relief requested by Movant is hereby denied without prejudice as settled.

_____
Valerie Palma DeLuisi
Debtor's Attorney
Valerie Palma DeLuisi
Law Office of Nicholas J.
Palma, Esq., P.C.
1425 Broad Street Second Floor
Clifton, NJ 07013

_____
R.A. LEBRON, ESQ.
FEIN, SUCH, KAHN & SHEPARD, P.C.
Creditor's/Movant's Attorney
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
bankruptcy@fskslaw.com

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 19-29536-JKS

Emadeddin Barakat                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Emadeddin Barakat, 201 W 2nd Street, Clifton, NJ 07011-2463 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Melissa N. Licker | |
| | on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Sep 14, 2022                       Form ID: pdf903                          Total Noticed: 1

R. A. Lebron
           on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@fskslaw.com

Rebecca Ann Solarz
           on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
           USTPRegion03.NE.ECF@usdoj.gov

Valerie Palma DeLuisi
           on behalf of Debtor Emadeddin Barakat vpd@palmalawfirm.com  r51449@notify.bestcase.com

TOTAL: 9