UNITED STATES BANKRUPTY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

EMADEDDIN BARAKAT,

Case No.:  19-29536 JKS

Debtor

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $17.60, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

| | |
|---|---|
| Payee Name & Address: | NYS WORKERS' COMPENSATION BOARD<br>328 STATE STREET<br>SCHENECTADY, NY  12305 |
| Amount: | $17.60 |
| Trustee Claim Number: | 33 |
| Court Claim Number: | 16 |
| Reason: | Not Cashing |

Dated:  March 13, 2023

By:  /S/  Marie-Ann Greenberg
MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE